# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECICUT

IN RE:                                    ) CHAPTER 13

**MIRZA H. BAIG**                         ) CASE NO. 05-22704ASD

## PAYMENT OF UNCLAIMED FUNDS TO CLERK

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

Check #            402438                $22.97
                                         #274537

**MIRZA H. BAIG**
**P. O. BOX 300**
**MARLBOROUGH, CT 06447**
**FOE**

**MOVED LEFT NO ADDRESS**

Dated at Hartford, Connecticut this ___ day of _____, 2010.

/s/ _____
Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

Debtor: P. O. BOX 300 MARLBOROUGH CT 06447
Office of the U.S. Trustee: USTPRegion02.NH.ECF@USDOJ.GOV
Debtor's Counsel: jgrafstein@grafsteinlaw.com

/s/ _____
Molly T. Whiton, Chapter 13 Standing Trustee

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER. VOID APPEARS IF COPIED. FLUORESCENT FIBERS. MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**CHAPTER 13 TRUSTEE**
**MOLLY T. WHITON**
10 COLUMBUS BLVD., HARTFORD, CT 06106

SunTrust

**402438**

TRUSTEE ACCOUNT

DATE: 02-28-11

64-79 / 611

PAY   TWENTY TWO and 97/100    $ 22.97

VOID AFTER 90 DAYS

TO THE FOLLOWING

CLERK, U. S. BANKRUPTCY COURT
UNDISTRIBUTED FUNDS
450 MAIN STREET
HARTFORD, CT 06103

#274537

Molly T. Whiton, TRUSTEE

⑈402438⑈ ⑆061100790⑆ 0000005751029⑈

---

CHAPTER 13 TRUSTEE   MOLLY T. WHITON   HARTFORD, CT          Check #402438

| DEBTOR AND ACCOUNT NUMBER | PRINCIPAL | INTEREST | BALANCE |
|---|---|---|---|
| 00-05-22704 MIRZA H. BAIG | 22.97 | 0.00 | 0.00 |
|  REFUND TO DEBTOR (CLOSED) | | Claim #000 | |
| Totals: | 22.97 | 0.00 | |